IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00070-MR-WCM-10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| (10) JAIME GAMEZ, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendant [Doc. 299].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Indictment as to the Named Defendant [Doc. 299] is **GRANTED**, and the Bill of Indictment as to the above-captioned Defendant only, is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Signed: November 5, 2021

Martin Reidinger
Chief United States District Judge